AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 7 ...
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ANDRES ALONSO MURILLO-ACOSTA
aka Andres Alonso Murillo-Higera

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2574-BEN

I, ANDRES ALONSO MURILLO-ACOSTA, also known as Andres Alonso Murillo-Higera, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/7/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Andres A. Murillo-Acosta
Defendant

Bridget Kennedy
Counsel for Defendant

Before _____
Judicial Officer